UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EPHRAIM WIEDER,

                Plaintiff,

– against –

COMPUTER TASK GROUP, INCORPORATED, *et al.*,

                Defendant.

**ORDER**

23-cv-7732 (ER)

Ramos, D.J.:

    Plaintiff filed this case on August 30, 2023. Doc. 1. Since then, there has been no activity in this case.

    Plaintiff is instructed to submit a status letter by no later than May 31, 2024. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Additionally, Plaintiff is reminded that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

    It is SO ORDERED.

Dated:    May 10, 2024
              New York, New York

                                                Edgardo Ramos, U.S.D.J.